No. 619.—Miranda, recurrente, v. Registrador de Guayama, recurrido.—Julio 31, 1925. No habiendo presentado el recurrente en este caso dentro de los 10 días siguientes a la interposición de su recurso las alegaciones escritas pertinentes a su derecho, como dispone la sección 3ª en relación con la 2ª de la ley sobre recursos contra las resoluciones de los registradores de la propiedad (Comp. secciones 2182 y 2181), se desestimó el recurso.

No. 2580.—Hospital, aplte., y El Pueblo, apdo.—C. D. Ponce. Habeas corpus. Agosto 1, 1925. Vista la jurisprudencia establecida en los casos de El Pueblo v. Rodríguez de julio 17, 1924, 33 D.P.R. 393, y El Pueblo v. Baragaño, de feb. 18, 1925, 33 D.P.R. 989, se confirmó la sentencia apelada.

No. 3128.—De Mata Escobar, aplte., v. González Rodríguez et al., apdos.—C. D. San Juan, Disto. 1°. Apelación a la Corte de Circuito de Apelaciones, Primer Circuito. Oct. 10, 1925. Visto el apartado (c) de la sección 8 de la Ley del Congreso de febrero 13, 1925, para ''enmendar el Código Judicial y definir además la jurisdicción de las cortes de circuito de apelaciones y de la Corte Suprema, y para otros fines, que comenzó a regir tres meses después de la fecha de su aprobación, y apareciendo que la sentencia de que se apela se dictó el 18 de mayo último y la apelación se interpuso el 9 de octubre corriente, habiendo vencido con exceso el término de ley, no ha lugar a admitir la apelación que se interpone para ante la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos en el caso arriba titulado.